CO-386
10/2018

# United States District Court
# For the District of Columbia

ELECTRONIC FRONTIER FOUNDATION,  )
)
)
)
          Plaintiff  )      Civil Action No. 1:22-cv-1164
vs                   )
                     )
DEPARTMENT OF JUSTICE,  )
)
          Defendant  )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for  Electronic Frontier Foundation  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  Electronic Frontier Foundation  which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

/s/ Aaron Mackey
Signature

1017004
BAR IDENTIFICATION NO.

Aaron Mackey
Print Name

815 Eddy Street
Address

San Francisco, CA   94109
City          State          Zip Code

(415) 436-9333
Phone Number