AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| ELECTRONIC FRONTIER FOUNDATION | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:22-01164-TJK |
| DEPARTMENT OF JUSTICE | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ELECTRONIC FRONTIER FOUNDATION                                              .

Date:   05/02/2022

/s/ David Sobel
*Attorney's signature*

David L. Sobel, DC Bar No. 360418
*Printed name and bar number*

5335 Wisconsin Avenue, NW
Suite 640
Washington, DC 20015

*Address*

sobel@eff.org, sobel@att.net
*E-mail address*

(202) 546-6180
*Telephone number*

(415) 436-9993
*FAX number*

Print    Save As...    Reset