**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No. 1:22-cv-01164-TJK |
| | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## NOTICE OF FILING PROOF OF SERVICE

Plaintiff respectfully submits the attached Affidavit of Mailing of Victoria Python as proof that service of process has been effected on defendant Department of Justice, the U.S. Attorney General, and the U.S. Attorney for the District of Columbia in the above-captioned matter.

DATED: May 4, 2022

Respectfully submitted,

By: _/s/ Aaron Mackey_____

AARON MACKEY
D.C. Bar No. 1017004
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION