## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

ELECTRONIC FRONTIER FOUNDATION,    )
    )
        Plaintiff,    )
    )
v.    )    Civil Case No. 1:22-cv-01164
    )
DEPARTMENT OF JUSTICE    )
    )
        Defendant.    )
_____)

## AFFIDAVIT OF MAILING

I, Victoria Python, hereby state that:

On April 28, 2022, I caused to be deposited in the United Sates Mail copies of the summons, complaint, Notice of Designation of Related Case, Consent and Reference of a Civil Action to a Magistrate Judge, Standing Order in Civil Cases of Hon. Timothy J. Kelly, Rule LCvR 26.1 certificate, and Civil Case Cover Sheet in the above-captioned case, postage pre-paid, first-class certified mail address to the following parties, with the following receipt numbers (receipts attached hereto):

| | |
|---|---|
| Department of Justice | 7019 1640 0000 8123 0316 |
| U.S. Attorney General | 7109 1640 0000 8123 0262 |

As reflected in the attached tracking reports from the U.S. Postal Service, the certified mail described above was received on the following dates:

| | |
|---|---|
| Department of Justice | May 3, 2022 |
| U.S. Attorney General | May 3, 2022 |

On April 28, 2022, I caused to be delivered by electronic mail a portable document format ("pdf") file of the summons, complaint, Notice of Designation of Related Case, Consent and Reference of a Civil Action to a Magistrate Judge, Standing Order in Civil Cases of Hon. Timothy J. Kelly, Rule LCvR 26.1 certificate, and Civil Case Cover Sheet in the above-

captioned case to the following party, with a confirmation of receipt and acceptance with a service date of April 28, 2022 (copy attached hereto):

| U.S. Attorney for the District of Columbia | usadc.servicecivil@usdoj.gov |
|---|---|

As reflected in the attached confirmation, the service package described above was received and accepted on the following date:

| U.S. Attorney for the District of Columbia | April 28, 2022 |
|---|---|

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 4, 2022

Victoria Python

2



**U.S. Postal Service**
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

| Certified Mail Fee | $3.75 |
| --- | --- |
| $ | $0.00 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $ ___
☐ Return Receipt (electronic)   $ $0.00
☐ Certified Mail Restricted Delivery   $ $0.00
☐ Adult Signature Required   $ $0.00
☐ Adult Signature Restricted Delivery $ ___

| Postage | $1.96 |
| --- | --- |
| $ | |
| Total Postage and Fees | $5.71 |
| $ | |

Postmark Here
APR 28 2022
04/28/2022
SAN FRANCISCO, CA 94102-9991
0003 40
OFFICIAL USE

Sent To  U.S ATTORNEY GENERAL / DOJ
Street and Apt. No., or PO Box No.  950 PENNSYLVANIA AVE
City, State, ZIP+4®  WASHINGTON, DC 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

2920 8518 0000 0490 5114

---

**U.S. Postal Service™**
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

Washington, DC 20530

| Certified Mail Fee | $3.75 |
| --- | --- |
| $ | $0.00 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)   $ $0.00
☐ Return Receipt (electronic)   $ $0.00
☐ Certified Mail Restricted Delivery   $ $0.00
☐ Adult Signature Required   $ $0.00
☐ Adult Signature Restricted Delivery $ ___

| Postage | $1.96 |
| --- | --- |
| $ | |
| Total Postage and Fees | $5.71 |
| $ | |

Postmark Here
APR 28 2022
04/28/2022
SAN FRANCISCO, CA 94102-9991
0003 40
OFFICIAL USE

Sent To  Department of Justice
Street and Apt. No., or PO Box No.  950 Pennsylvania Ave., N.W.
City, State, ZIP+4®  Washington, D.C. 20530

PS Form 3800, April 2015 PSN 7530-02-000-9047     See Reverse for Instructions

9316 8223 0000 0490 5119

# USPS Tracking®

FAQs >

## Track Another Package ➕

**Tracking Number:** 70191640000081230262        Remove ✕

Your item was picked up at a postal facility at 4:43 am on May 3, 2022 in WASHINGTON, DC 20530.

**USPS Tracking Plus® Available** ⌄

##  Delivered, Individual Picked Up at Postal Facility

May 3, 2022 at 4:43 am
WASHINGTON, DC 20530

**Get Updates** ⌄

Feedback

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

**May 3, 2022, 4:43 am**
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
Your item was picked up at a postal facility at 4:43 am on May 3, 2022 in WASHINGTON, DC 20530.

---

**May 2, 2022, 10:32 am**
Available for Pickup
WASHINGTON, DC 20530

---

**May 2, 2022, 6:40 am**
Arrived at Post Office
WASHINGTON, DC 20018

---

**April 30, 2022**

In Transit to Next Facility

---

**April 28, 2022, 10:15 pm**
Arrived at USPS Regional Origin Facility
SAN JOSE CA DISTRIBUTION CENTER

---

**April 28, 2022, 5:22 pm**
Departed Post Office
SAN FRANCISCO, CA 94102

---

**April 28, 2022, 3:29 pm**
USPS in possession of item
SAN FRANCISCO, CA 94102

---

**USPS Tracking Plus®** ⌄

**Product Information** ⌄

Feedback

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

Case 1:22-cv-01164-TJK   Document 9-1   Filed 05/05/22   Page 6 of 8

# USPS Tracking®

FAQs ›

## Track Another Package  +

Remove ✕

**Tracking Number:** 70191640000081230316

Your item was picked up at a postal facility at 4:43 am on May 3, 2022 in WASHINGTON, DC 20530.

USPS Tracking Plus® Available ⌄

 ## Delivered, Individual Picked Up at Postal Facility

May 3, 2022 at 4:43 am
WASHINGTON, DC 20530

Feedback

**Get Updates** ⌄

---

**Text & Email Updates**     ⌄

---

**Tracking History**     ⌃

**May 3, 2022, 4:43 am**
Delivered, Individual Picked Up at Postal Facility
WASHINGTON, DC 20530
Your item was picked up at a postal facility at 4:43 am on May 3, 2022 in WASHINGTON, DC 20530.

---

**May 2, 2022, 10:32 am**
Available for Pickup
WASHINGTON, DC 20530

---

**May 2, 2022, 6:34 am**
Arrived at Post Office
WASHINGTON, DC 20018

---

**April 30, 2022**

In Transit to Next Facility

---

**April 28, 2022, 10:13 pm**
Arrived at USPS Regional Origin Facility
SAN JOSE CA DISTRIBUTION CENTER

---

**April 28, 2022, 5:22 pm**
Departed Post Office
SAN FRANCISCO, CA 94102

---

**April 28, 2022, 3:28 pm**
USPS in possession of item
SAN FRANCISCO, CA 94102

---

**USPS Tracking Plus®**                                                    ⌄

**Product Information**                                                    ⌄

Feedback

**See Less** ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**

**Friday, April 29, 2022 at 14:59:27 Pacific Daylight Time**

**Subject:** RE: EFF v. DOJ, 22-cv-01164

**Date:** Friday, April 29, 2022 at 2:49:16 PM Pacific Daylight Time

**From:** USADC-ServiceCivil

**To:** Victoria Python

Your service package has been received and accepted with a service date of April 28, 2022.  Thank you.

---

**From:** Victoria Python <victoria@eff.org>
**Sent:** Thursday, April 28, 2022 4:36 PM
**To:** USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
**Cc:** Aaron Mackey <amackey@eff.org>; David Sobel <sobel@eff.org>; Jake Bodden <jake.bodden@eff.org>
**Subject:** [EXTERNAL] EFF v. DOJ, 22-cv-01164

To U.S. Attorney's Office for the District of Columbia

Dear Counsel:

With regard to the matter referenced above, please find attached a pdf service package which includes Summons; Complaint; Civil Cover Sheet; Notice of Related Case; Corporate Disclosure Statement;  Notice, Consent, and Reference of a Civil Action to a Magistrate Judge; and Standing Order of United States District Judge Timothy J. Kelly.

Thank you very much,


Victoria Python
Legal Secretary
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333, ext. 105
victoria@eff.org