UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELECTRONIC FRONTIER
FOUNDATION,

  *Plaintiff,*

  v.

UNITED STATES DEPARTMENT OF
JUSTICE,

  *Defendant.*

Civil Action No. 22-1164 (TJK)

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Assistant United States Attorney T. Anthony Quinn, D.C. Bar No. 415213, as counsel of record for Defendant in the above-captioned case.

Dated: May 31, 2022

              Respectfully Submitted,

              */s/ T Anthony Quinn*
              T. ANTHONY QUINN
              D.C. Bar No. 415213
              Assistant United States Attorney
              Civil Division
              601 D Street, NW
              Washington, D.C. 20530
              Phone: 202-252-7558
              E-Mail: Tony.Quinn2@USDoJ.Gov

              *Counsel for Defendant*