UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>      *Plaintiff,*<br><br>      v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>      *Defendant.* | Civil Action No. 22-1164 (TJK) |

**DEFENDANT'S MOTION FOR EXTENSION OF TIME
TO FILE RESPONSE TO COMPLAINT**

Defendant, the United States Department of Justice, by and through undersigned counsel, moves pursuant to Federal Rule of Civil Procedure 6(b)(1) for a one (1) week extension of time, until June 7, 2022, to file Defendant's response to the Plaintiff's Complaint (ECF No. 1).

As grounds for this motion, Defendant states as follows:

1.      Plaintiff filed the Complaint in this action on April 27, 2022. ECF No. 1 ("Compl."). The Complaint relates to Plaintiff's February 28, 2022, FOIA Request to the United States Department of Justice.  Compl. ¶ 3.  The date for the filing of the responsive pleading is May 31, 2022.

2.      The undersigned needs additional time to prepare a responsive pleading. Accordingly, Defendant requests an additional one (1) week of additional time within to file its response to the Plaintiff's Complaint.

3.      This is Defendant's first request for additional time to file a responsive pleading in this case.

4.      As to good cause, the undersigned respectfully submits that during the period of time since the filing of the Complaint, he contracted COVID and also had ongoing complications due to a chronic health condition. This is in addition to his attempt to keep abreast with his 80 pending civil and criminal cases.

5.      This relatively brief delay is not unreasonable under the circumstances and will not unduly prejudice the Plaintiff and will not affect any other deadline in this case.

6.      In accordance with Local Civil Rule 7(m), undersigned counsel conferred *via* e-mail with Plaintiff's counsel, Aaron Mackey, Esq., about this extension.  Mr. Mackey does not oppose this request for additional time.

7.      The undersigned is cognizant of the Court's Standing Order and the requirement that any motion for extension of time be filed four days prior to the deadline at issue. As explanation, last week, the undersigned believed that the draft would be completed and be able to be submitted to his supervisor by today, and ready for filing.  For this error, the undersigned apologizes to the Court.

8.      A proposed order is attached.

//

//

//

//

//

//

//

//

Dated: May 31, 2022           Respectfully submitted,

                        MATTHEW M. GRAVES
                        United States Attorney
                        D.C. Bar No. 481052

                        BRIAN P. HUDAK
                        Chief, Civil Division

By:    */s/ T Anthony Quinn*
        T. ANTHONY QUINN
        D.C. Bar No. 415213
        Assistant United States Attorney
        Civil Division
        601 D Street, NW
        Washington, D.C. 20530
        (202) 252-7558
        tony.quinn2@usdoj.gov
        *Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> *Plaintiff,* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF JUSTICE, <br><br> *Defendant.* | Civil Action No. 22-1164 (TJK) |

## PROPOSED ORDER

Upon consideration of Defendant's unopposed motion to extend time, it is hereby

**ORDERED** that the motion is GRANTED.  It is further

**ORDERED** that Defendant shall respond to Plaintiff's Complaint on or before June 7,

2022.

**SO ORDERED.**


Dated: _____          _____
                                    TIMOTHY J. KELLY
                                    United States District Judge