UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

ELECTRONIC FRONTIER FOUNDATION,

*Plaintiff,*

v.

UNITED STATES DEPARTMENT OF JUSTICE,

*Defendant*.

Civil Action No. 22-1164 (TJK)

---

### JOINT STATUS REPORT

Pursuant to the Court's Minute Order entered on October 7, 2022, Plaintiff, the Electronic Frontier Foundation ("EFF"), and Defendant, the United States Department of Justice (the "Department"), by and through undersigned counsel, hereby provide the Court with the following Joint Status Report.

### BACKGROUND

1.      On April 27, 2022, Plaintiff filed a Complaint pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. §§ 552, seeking to compel production of documents responsive to Plaintiff's February 28, 2022, request for the following:

> Any and all records the DOJ identified as "potentially responsive" to EFF's FOIA request in [a separate matter], including the "1,500 potentially responsive documents and approximately 3,800 potentially responsive items" the DOJ identified in a January 14, 2021 Joint Status Report (Dkt. No. 10) filed with the Court.

> Any and all other records created or received from January 2016 through January 2021 that concern, reference, or otherwise discuss Section 230, including any and all documents reflecting any work done by the DOJ concerning any aspect of the May 28, 2020 Executive Order on Preventing Online Censorship, EO 13925.

*See* ECF No. 1.  On June 7, 2022, Defendant filed its Answer. *See* ECF No. 12.

2.      Defendant previously represented that it had extracted all documents referenced in the first subpart of Plaintiff's request.  Subject to deduplication, this material totals over 76,500 pages.

3.      Counsel for the parties conferred about the scope of Plaintiff's FOIA request, and parameters relating to searches for material potentially responsive to its request.  Those discussions have been fruitful, and as a result, OIP conducted a narrowed search for records intended to satisfy the first subpart of Plaintiff's request.  OIP anticipates completing the initial responsiveness review and deduplication process as it relates to these initial search results within approximately 30 days, at which point OIP will confer with Plaintiff regarding a processing schedule.

### PROPOSED FUTURE STEPS

4.      The Parties respectfully request that they be permitted to file a further Joint Status Report by December 12, 2022.  Should any issues requiring the Court's intervention arise before then, the Parties will file an Interim Status Report.

Dated:  November 10, 2022

*/s/ Aaron Mackey*
AARON MACKEY
D.C. Bar No. 1017004
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333

DAVID L. SOBEL
D.C. Bar No. 360418
Electronic Frontier Foundation
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, DC 20015
(202) 246-6180

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/ T Anthony Quinn*
T. ANTHONY QUINN
D.C. Bar No. 415213
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7558

*Counsel for Defendants*

2