UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>*Defendant.* | Civil Action No. 22-1164 (TJK) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order entered on April 11, 2023, Plaintiff, the Electronic Frontier Foundation ("EFF"), and Defendant, the United States Department of Justice ("Department"), by and through undersigned counsel, hereby provide the Court with the following Joint Status Report.

1. Plaintiff filed its complaint on April 27, 2022. *See* ECF No. 1.

2. On June 7, 2022, Defendant filed its Answer. *See* ECF No. 12.

2. As previously reported, counsel for the parties conferred as to the scope of Plaintiff's FOIA request, as well as parameters relating to searches for material potentially responsive to its request. Consistent with those discussions, OIP completed a narrowed search for potentially responsive records, and has completed its initial responsiveness review of those initial results. As a result, OIP has identified approximately 14,770 pages of potentially responsive material subject to further review, manual deduplication, and processing.

3. Due to its volume, OIP drafted several narrowing proposals, which it presented to Plaintiff by email on February 10, 2023, to facilitate a more efficient and expedient response. Plaintiff responded to OIP's proposals by email on February 27, 2023, and OIP responded with

further explanation and clarification to EFF's responses by email on March 10, 2023. Plaintiff replied to OIP's latest response on March 14, 2023.  OIP is now working to process the potentially responsive material pursuant to the parties' agreements and intends to provide an update on its progress in advance of the parties' next Joint Status Report.

4. The parties respectfully request that they be permitted to file a further Joint Status Report by June 12, 2023.  Should any issues requiring the Court's intervention arise before then, the parties will file an Interim Status Report.

| | |
|---|---|
| Dated: May 10, 2023 | Respectfully submitted, |
| /s/ Aaron Mackey<br>AARON MACKEY<br>D.C. Bar No. 1017004<br>Electronic Frontier Foundation<br>815 Eddy Street<br>San Francisco, CA 94109<br>(415) 436-9333 | MATTHEW M. GRAVES<br>D.C. Bar No. 481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division |
| DAVID L. SOBEL<br>D.C. Bar No. 360418<br>Electronic Frontier Foundation<br>5335 Wisconsin Avenue, N.W.<br>Suite 640<br>Washington, DC 20015<br>(202) 246-6180 | /s/ T Anthony Quinn<br>T. ANTHONY QUINN<br>D.C. Bar No. 415213<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-7558 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |