UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>*Defendant*. | Civil Action No. 22-1164 (TJK) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order entered on May 11, 2023, Plaintiff, the Electronic Frontier Foundation ("EFF"), and Defendant, the United States Department of Justice ("Department"), by and through undersigned counsel, hereby provide the Court with the following Joint Status Report.

1. Plaintiff filed its complaint on April 27, 2022. *See* ECF No. 1.

2. On June 7, 2022, Defendant filed its Answer. *See* ECF No. 12.

2. As previously reported, counsel for the parties conferred as to the scope of Plaintiff's FOIA request, as well as parameters relating to searches for material potentially responsive to its request. Consistent with those discussions, OIP completed a narrowed search for potentially responsive records, and has completed its initial responsiveness review of those initial results. As a result, OIP has identified approximately 14,770 pages of potentially responsive material subject to further review, manual deduplication, and processing.

3. As previously reported, due to its volume, the parties came to an agreement on several narrowing proposals related to the processing of the potentially responsive material. OIP is now working to manually apply the parties' narrowing agreements to the aforementioned

potentially responsive material, and upon completion, will process[1] the pages not excluded by the narrowing agreements for consultation with other Executive Branch entities. As of the filing of this Joint Status Report, OIP has manually applied the parties' narrowing agreements to approximately 4,000 pages of potentially responsive records, and will soon complete the processing of the material that remains after application of the narrowing agreements. Once complete, OIP will send the processed material for consultation with other Executive Branch entities as necessary, and will provide its response to Plaintiff once the consultation process is complete. Thereafter, OIP will complete the same process on the remaining approximately 10,770 pages - first complete the manual application of the parties' narrowing agreements, then process the pages not excluded by the narrowing agreements for consultation with other Executive Branch entities, with a response to follow after the consultation process is complete. OIP anticipates that it can complete this process for all material in approximately four months, and will provide an update on its progress in advance of the parties' next Joint Status Report.

4. The parties respectfully request that they be permitted to file a further Joint Status Report by October 12, 2023. Should any issues requiring the Court's intervention arise before then, the parties will file an Interim Status Report.

---

[1] "Processing" consists of further responsiveness review, manual de-duplication, confirming application of the parties' narrowing agreements, and application of FOIA exemption(s) to potentially responsive records.

Dated: June 9, 2023

*/s/ Aaron Mackey*
AARON MACKEY
D.C. Bar No. 1017004
Electronic Frontier Foundation
815 Eddy Street
San Francisco, CA 94109
(415) 436-9333

DAVID L. SOBEL
D.C. Bar No. 360418
Electronic Frontier Foundation
5335 Wisconsin Avenue, N.W.
Suite 640
Washington, DC 20015
(202) 246-6180

*Counsel for Plaintiff*

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/ T Anthony Quinn*
T. ANTHONY QUINN
D.C. Bar No. 415213
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-7558

*Counsel for Defendants*