UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>*Plaintiff,*<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>*Defendant.* | Civ. A. No. 22-1164 (TJK) |

**JOINT STATUS REPORT**

Pursuant to the Court's Minute Order entered on June 12, 2023, Plaintiff, the Electronic Frontier Foundation ("EFF"), and Defendant, the United States Department of Justice ("Department"), by and through undersigned counsel, hereby provide the Court with the following Joint Status Report.

1. Plaintiff filed its complaint on April 27, 2022. *See* ECF No. 1.

2. On June 7, 2022, Defendant filed its Answer. *See* ECF No. 12.

2. As previously reported, counsel for the parties conferred as to the scope of Plaintiff's FOIA request, as well as parameters relating to searches for material potentially responsive to its request. Consistent with those discussions, OIP completed a narrowed search for potentially responsive records, and has completed its initial responsiveness review of those initial results. As a result, OIP has identified approximately 14,770 pages of potentially responsive material subject to further review, manual deduplication, and processing.

3. As previously reported, due to its volume, the parties came to an agreement on several narrowing proposals related to the processing of the potentially responsive material. Regarding the approximately 4,000 pages of potentially responsive material OIP referenced in its

June 8, 2023 Joint Status Report (see ECF No. 22) as nearing completion of processing[1], OIP has completed the initial processing of that material, and has sent the narrowed material remaining after application of the parties' narrowing agreements for consultation with other Executive Branch entities as necessary.  OIP will provide its response to Plaintiff once the consultation process is complete.  Additionally, OIP has completed the same process on the remaining approximately 10,770 pages – first it conducted the manual application of the parties' narrowing agreements, then it initially processed the pages not excluded by the narrowing agreements.  OIP is conducting an internal review of the initial processing of this material prior to circulating the narrowed material remaining after application of the parties' narrowing agreements for consultation with other Executive Branch entities, with a response to follow after the consultation process is complete.  OIP will provide an update on the progress of the consultation process(es) in advance of the parties' next Joint Status Report.

4. The parties respectfully propose submitting their next Joint Status Report by February 9, 2024 or thirty (30) days from the final release of all responsive, non-exempt records, whichever is sooner.

*   *   *   *   *

---

[1] "Processing" consists of further responsiveness review, manual de-duplication, confirming application of the parties' narrowing agreements, and application of FOIA exemption(s) to potentially responsive records.

Case 1:22-cv-01164-TJK   Document 24   Filed 10/12/23   Page 3 of 3

| | |
|---|---|
| Dated: October 12, 2023 | Respectfully submitted, |
| /s/ Aaron Mackey<br>AARON MACKEY<br>D.C. Bar No. 1017004<br>Electronic Frontier Foundation<br>815 Eddy Street<br>San Francisco, CA 94109<br>(415) 436-9333 | MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division |
| DAVID L. SOBEL<br>D.C. Bar No. 360418<br>Electronic Frontier Foundation<br>5335 Wisconsin Avenue, N.W.<br>Suite 640<br>Washington, DC 20015<br>(202) 246-6180<br>*Counsel for Plaintiff* | /s/ John Moustakas<br>JOHN MOUSTAKAS, D.C. Bar No. 442076<br>Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2518<br>*Counsel for Defendants* |